STATE OF NEW JERSEY v. JOHN CERONE.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CERONE.

June 12, 1975. Cross-petition for certification denied.

UNITED RENTAL EQUIPMENT CO., INC. v.
AETNA LIFE AND CASUALTY INSURANCE CO.

June 26, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. BOBBY FRANCES.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE PARKER.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH M. CARBONE.

June 26, 1975. Petition for certification denied.